IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | I N F O R M A T I O N |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 1:19 CR 574 |
| DANIEL FOLLIETT, | ) | Title 18, United States Code<br>Section 641 |
| Defendant. | ) | |

**FILED SEP 26 2019**
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

The United States Attorney charges:

**FILED SEP 26 2019**
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

COUNT 1
(Theft of Government Property, 18 U.S.C. § 641)

From on or about January 24, 2015, through on or about March 31, 2018, in the Northern District of Ohio, Eastern Division, DANIEL FOLLIETT, in a continuing course of conduct, willfully and knowingly did embezzle, steal, purloin, and convert to his own use, property of the United States exceeding $1,000 in value belonging to the Department of Veterans Affairs ("VA"), an agency of the United States, to wit: DANIEL FOLLIETT, as an employee of the VA, fraudulently claimed and received overtime compensation from the VA with a value of approximately $30,819, in violation of Title 18, United States Code, Section 641.

JUSTIN E. HERDMAN
United States Attorney

JUDGE GAUGHAN

MAG. JUDGE BAUGHMAN

By: _____
Robert W. Kern, Chief
White Collar Crimes Unit